IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DEXTER D. HALL,<br><br>           Defendant. | 8:23CR131<br><br>**ORDER** |

THIS MATTER comes before the Court on the request of the Federal Public Defender for the Court to authorize Jerrod P. Jaeger, as a Criminal Justice Act Training Panel Member, to assist in the defense of Dexter D. Hall.

Accordingly, pursuant to the terms of Appendix I, Part I (c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Jerrod P. Jaeger is hereby assigned to assist the Federal Public Defender in the representation of Dexter D. Hall, the defendant in the above captioned case, and must file an entry of appearance forthwith.

Assistant Federal Public Defender Richard H. McWilliams shall continue to be primary counsel on behalf of defendant.

Dated this 18th day of July, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge